No 12M71.  MARQUIS v. U. S. BANK N. A.;
No. 12M72.  CHRISTIAN v. FRANK;
No. 12M74.  CHANDLER v. HOBBS, DIRECTOR, ARKANSAS DE-PARTMENT OF CORRECTION, ET AL.;
No. 12M75.  COUGHLIN v. CREWS, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL.; and

No. 12M77. WALKER v. CAIN, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.